# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CHRISTOPHER L. HARRIS,

      Petitioner,

v.                                  CASE NO.  4:16cv132-RH/CAS

UNITED STATES OF AMERICA,
J.V. FLOURNOY, Warden, et al.,

      Respondents.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14, and the petitioner's response, ECF No. 15.  The petitioner apparently agrees that his current pleading should be dismissed, but he asserts he should be given leave to amend.  As correctly set out in the report and recommendation and in the many decisions of other courts rejecting the petitioner's earlier, similar claims, the petitioner's assertions are frivolous.  Abusive filings like these reduce the time that courts have to address other, legitimate disputes.  For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is dismissed with prejudice."  The clerk must close the file.

SO ORDERED on May 28, 2016.

s/Robert L. Hinkle
United States District Judge